UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL LIS, | : | CIVIL ACTION NO.: |
| Plaintiff | : | 3:13 CV 01219 (JCH) |
| | : | |
| v. | : | |
| | : | |
| GLOBALLOGIC, INC., | : | |
| Defendant | : | APRIL 28, 2014 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule 41(a)(1), the Plaintiff hereby voluntarily stipulates and agrees that the above-captioned action may be dismissed with prejudice and without costs or attorneys' fees to either party.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF,
MICHAEL LIS

Dated:  April 28, 2014            By_____/s/ *Lisa A. Zaccardelli*_____
                                            Lisa A. Zaccardelli, Esq. (ct07983)
                                            HINCKLEY, ALLEN & SNYDER LLP
                                            20 Church Street, 18th Floor
                                            Hartford, CT  06103
                                            (860) 331-2762
                                            (860) 278-3802
                                            lzaccardelli@hinckleyallen.com
                                            His Attorneys

52470555 v1

                                          THE DEFENDANT,
                                          GLOBALLOGIC, INC.

Dated:  April 28, 2014          By_____/s/ *John G. Stretton*_____
                                             John G. Stretton (CT19902)
                                           OGLETREE, DEAKINS, NASH, SMOAK
                                              & STEWART, P.C.
                                           Two Stamford Plaza
                                           281 Tresser Blvd., Suite 602
                                           Stamford, CT  06901
                                           Telephone: 203.969.3100
                                           Facsimile: 877.229.7662
                                           john.stretton@ogletreedeakins.com
                                           Its Attorney

## CERTIFICATION OF SERVICE

  I hereby certify that on April 28, 2014, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Lisa A. Zaccardelli, Esq. (ct07983)
HINCKLEY, ALLEN & SNYDER, LLP
20 Church Street, 18th FL
Hartford, CT  06103
(860) 331-2764
(860) 278-3802 (Fax)
lzaccardelli@hinckleyallen.com


        /s/ *Lisa A. Zaccardelli*